No. 1070. CALIFORNIA *v.* BYERS. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Louise H. Renne,* Deputy Attorney General, for petitioner.

No. 1251. PORT OF BOSTON MARINE TERMINAL ASSN. ET AL. *v.* REDERIAKTIEBOLAGET TRANSATLANTIC. C. A. 1st Cir. Certiorari granted. *John M. Reed* for petitioners Port of Boston Marine Terminal Assn. et al. *George F. Galland* and *Amy Scupi* for respondent. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Irwin A. Seibel,* and *Gordon M. Shaw* for the United States et al. as *amici curiae* in support of the petition.

No. 1289. PALMER ET AL. *v.* THOMPSON, MAYOR OF THE CITY OF JACKSON, ET AL. C. A. 5th Cir. Motion of James Moore et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. *Ernest Goodman* and *William Kunstler* for petitioners. *John E. Stone, Thomas H. Watkins,* and *Elizabeth W. Grayson* for respondents. *Armand Derfner* for Chinn et al. as *amici curiae* in support of the petition.

No. 1302. FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* PERALES. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Kathryn Baldwin* for petitioner.